*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  January 29, 2015          D-11-15
_____

In the Matter of MARK C.
    GUGINO, a Suspended
    Attorney.

COMMITTEE ON PROFESSIONAL                    MEMORANDUM AND ORDER
    STANDARDS,
                    Petitioner;

MARK C. GUGINO,
                    Respondent.

(Attorney Registration No. 2834539)
_____

Calendar Date:  September 5, 2014

Before:  Lahtinen, J.P., Garry, Lynch and Devine, JJ.

_____


        Monica A. Duffy, Committee on Professional Standards,
Albany (Jevon L. Garrett of counsel), for petitioner.

        Mark C. Gugino, Spencer, respondent pro se.

_____


Per Curiam.

        Respondent was admitted to practice by this Court in 1997.
He maintained an office for the practice of law in the Village of
Spencer, Tompkins County.

        By decision decided and entered April 7, 2011, respondent
was suspended by this Court for a period of one year (Matter of
Gugino, 83 AD3d 1200 [2011]).  He now moves for reinstatement.
Petitioner advises that it does not oppose the motion.

Our examination of the papers submitted on the application indicates that respondent has complied with the provisions of the order of suspension issued by this Court and with the Court's rules regarding the conduct of suspended attorneys (see Rules of App Div, 3d Dept [22 NYCRR] § 806.9). We are also satisfied that respondent has complied with the requirements of this Court's rule regarding reinstatement (see Rules of App Div, 3d Dept [22 NYCRR] § 806.12 [b]), and that he possesses the character and general fitness to resume the practice of law.

Accordingly, the motion is granted and respondent is reinstated to the practice of law, effective immediately.

Lahtinen, J.P., Garry, Lynch and Devine, JJ., concur.

ORDERED that respondent's motion is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court